UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-CR-150-D

UNITED STATES OF AMERICA,

Plaintiff,

v.

KARLA HASWELL,

Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on *pro se* Defendant Karla Haswell's letter of September 11, 2006 (docket #191). The Government filed a Response to the Letter on October 2, 2006 (docket #194). In the Letter, Defendant requests that I reduce her felony convictions to misdemeanors.

On June 12, 2001, pursuant to a plea agreement with the Government, Defendant pled guilty to one count of health care fraud in violation of 18 U.S.C. § 1347, and one count of conspiracy to defraud in violation of 18 U.S.C. § 286. Defendant was sentenced to six months home detention, five years supervised release, and was ordered to pay restitution in the amount of $524,877.00. Jurisdiction over Defendant's supervised release was transferred to the Southern District of Indiana.

The crimes to which Defendant pled guilty are felonies, and I do not have inherent authority to "reduce" those crimes to the status of misdemeanor. I agree with the Government that "[t]here is no legal mechanism by which this court can convert the

felonies to which Defendant pleaded guilty into a misdemeanor." The Court does not have inherent authority to modify a previously imposed sentence—it may do so only pursuant to statutory authorization. *United States v. Mendoza*, 118 F.3d 707, 709 (10th Cir.), *cert. denied*, 522 U.S. 961 (1997). 18 U.S.C. § 3582 provides three grounds upon which a sentence may be modified. Defendant has not shown that any of those grounds are present in this case. Defendant has also not shown that relief is proper under any other statute. I note that Defendant does not contend that she was unaware, at the time of her change of plea, that the crimes to which she was pleading guilty were felonies. Accordingly, it is

ORDERED that the requests for relief set forth in Defendant's letter of September 11, 2006 (docket #191) are **DENIED**.

Dated: October 3, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge